C. P. Gingles, *Appellee,* v. Westinghouse, Church, Kerr & Company, *Appellant.*

No. 17,727.

Appeal from Sedgwick district court, division No. 1. Opinion filed July 6, 1912. Reversed.

*J. D. Houston,* and *C. H. Brooks,* both of Wichita, and *O. C. Mosman,* of Kansas City, Mo., for the appellant.

*John W. Adams,* and *George W. Adams,* both of Wichita, for the appellee.

*Per Curiam:* This case is governed in all respects by that of *West v. Packing Co.,* 86 Kan. 890, 122 Pac. 1024. The judgment of the district court is reversed and the cause remanded with instructions to sustain the demurrer to the plaintiff's evidence.

---

The State of Kansas, *Appellant,* v. Alfred Ackenhausen, *Appellee.*

No. 17,741.

Appeal from Leavenworth district court. Opinion filed July 6, 1912. Reversed.

*John S. Dawson,* attorney-general, and *Lee Bond,* county attorney, for the appellant.

*A. E. Dempsey,* and *F. P. Fitzwilliam,* both of Leavenworth, for the appellee.

*James G. Sheppard,* of Ft. Scott, as *amicus curiæ.*

*Per Curiam:* This case is submitted with *The State v. Coppage,* ante, p. 752. On the trial the court sustained a motion to quash the information on the ground that the statute making the acts charged unlawful and criminal is void. On the authority of the Coppage case the order of the court and judgment dismissing the action is reversed, and the case is remanded with instructions to set aside the order and judgment and proceed to trial.